UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN COSTELLO,<br><br>       Plaintiff,<br><br>   -against-<br><br>BARRY BREEMAN and PAMELA BREEMAN,<br><br>       Defendants. | 25-CV-2354 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

  In light of the notice of Chapter 11 bankruptcy filing at ECF No. 19, the Clerk of Court is directed to STAY this case. Parties are directed to file a joint status letter within one week of the conclusion of the bankruptcy proceedings indicating whether they intended to proceed with this action.

Dated: July 29, 2025
   New York, New York

                  SO ORDERED.

                  *Jessica Clarke*

                  JESSICA G. L. CLARKE
                  United States District Judge